

Joseph A. McNelis III, Partner
Cybersecurity & Data Privacy Team
1650 Market Street, Suite 3600
Philadelphia, PA 19103
jmcnelis@constangy.com
267-996-8231
Emergency: BreachResponse@constangy.com
Hotline: 877-382-2724 (877-DTA-BRCH)

November 26, 2025

Hon. Jose Almonte, Magistrate Judge
United States District Court
District of New Jersey
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, New Jersey 07102

Re: *Dana Horn v. siParadigm, LLC* **(Case No. 2:24-cv-09459)**
*Tamara Milbauer v. siParadigm* **(Case No. 2:24-cv-09619)**

Dear Judge Almonte:

The Parties provide the Court with the following Status Report in accordance with the Court's September 19, 2025 Mediation Referral Order (Doc. No. 30).

The parties mediated with Judge David E. Jones (ret.) of Resolute Systems, LLC on November 5, 2025. The Parties reached a settlement in principle at mediation and are currently negotiating a long-form settlement agreement.

Dated: November 26, 2025

Very truly yours,

By: */s/ Mark T. Freeman*
Mark T. Freeman, Esq.*
Scott E. Cole, Esq.*
**Cole & Van Note**

**Milberg Coleman Bryson Phillips Grossman, PLLC**
David K. Lietz, Esq.*
A*ttorneys for Plaintiffs*
**Admitted pro hac vice*

**Constangy, Brooks, Smith & Prophete, LLP**
By: */s/ Joseph A. McNelis III*
Joseph A. McNelis III, Esq.
*Attorneys for Defendant*

siParadigm  
November 26, 2025  
Page 2

Constangy, Brooks, Smith & Prophete, LLP

## Certificate of Service

I hereby certify that on this November 26, 2025, I caused the foregoing Joint Status Update Letter to be filed electronically with the Clerk of the Court by using the CM/ECF system which shall serve a copy on all counsel of record.

                                              /s/ Joseph A. McNelis III  
                                              Joseph A. McNelis III