**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DANA HORN,<br><br>Plaintiff,<br>v.<br><br>SIPARADIGM, LLC., et al.<br><br>Defendants. | Civil Action No. 24-9459(MCA)<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i), Representative Plaintiffs Dana Horn and Tamara Milbauer voluntarily dismiss their claims as follows: (i) individual claims shall be dismissed with prejudice (ii) and class claims shall be dismissed without prejudice. Each party shall bear their own costs and fees.

Dated: May 8, 2026

By: /s/ Mark T. Freeman
Mark T. Freeman, Esq. (CA S.B. #293721)*
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
Email: mtf@colevannote.com

David Lietz, Esq.
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
402 West Broadway, Suite 1760
San Diego, California 92101
Telephone: (202) 744-1795
Email: dlietz@milberg.com

Jared R. Cooper, Esq.
**ROBINSON YABLON COOPER & BONFANTE, LLP**
232 Madison Avenue, Suite 909
New York, New York 10016
Telephone: (212) 725-8566
Email: jared@rycbinjury.com

SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 5/13/26